FILED

JUN 30 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INFORMATION** |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 5:25 CR 00320 |
| v. | ) | |
| | ) | Title 18, United States Code, |
| EDITH DAVIS, | ) | Section 641 |
| | ) | |
| Defendant. | ) | JUDGE OLIVER |

## GENERAL ALLEGATIONS

At all times material to this Information, unless otherwise specified:

1. Defendant EDITH DAVIS was a resident of Barberton, Ohio, in the Northern District of Ohio, Eastern Division.

2. The Social Security Administration ("SSA") was an independent agency of the United States within the United States government that administered programs under the Social Security Act, Title 42, United States Code, Section 301, et seq. These programs included Title II Disability Insurance benefits ("DIB").

3. DIB were monthly cash payments to individuals who were unable to work due to a medical condition expected to last at least one year or result in death.

4. On or about September 22, 2014, Defendant filed an application for DIB with the SSA, in which she stated that she was unable to work because of a disabling condition.

5. In or around October 2016, the SSA awarded Defendant DIB.

6. From on or about July 1, 2018, through on or about October 15, 2021, Defendant worked at Company 1.

7. From on or about October 21, 2021, through at least in or around March 2022, Defendant worked at Company 2.

8. Defendant received DIB until in or around March 2022.

## COUNT 1
(Theft of Government Property, 18 U.S.C. § 641)

The Acting United States Attorney charges:

9. The factual allegations contained in Paragraphs 1 through 8 of the Information are realleged and incorporated by reference as if fully set forth herein.

10. From in or around July 2019 to in or around March 2022, in the Northern District of Ohio, Eastern Division, Defendant EDITH DAVIS, in a continuing course of conduct, willfully and knowingly did steal, purloin, and convert to her own use, and without authority, dispose of property of the United States exceeding $1,000.00 in value, belonging to the Social Security Administration, an agency of the United States, to wit: Title II Disability Insurance benefits, in the amount of approximately $27,904.00, in violation of Title 18, United States Code, Section 641.

CAROL M. SKUTNIK
Acting United States Attorney

By: _____
Elliot Morrison
Chief, White Collar Crimes Unit