UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:25 CR 320 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| EDITH DAVIS, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Ruben J. Shepherd, regarding the change of plea hearing of Edith Davis, which was referred to the Magistrate Judge with the consent of the parties.

On June 30, 2025, the government filed a 1 count Information against Ms. Davis, charging her with Theft of Government Property, in violation of Title 18 U.S.C. § 641. Defendant was arraigned on July 18, 2025 before Magistrate Judge Shepherd, and entered a plea of guilty to count 1 of the Information, with a written plea agreement. Magistrate Judge Shepherd issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Edith Davis is found to be competent to enter a plea and to understand her constitutional rights. She is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis

for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Edith Davis is adjudged guilty to count 1 of the Information, in violation of Title 18 U.S.C. § 641. This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on October 24, 2025, at 11:00 a.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

August 5, 2025